UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VAN LEONARD                                                CIVIL ACTION

VERSUS                                                     NUMBER: 09-6469

N. BURL CAIN, WARDEN                                       SECTION: "B"(2)

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Van Leonard's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 23rd day of May, 2011.

UNITED STATES DISTRICT JUDGE